# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 515
:
DESIGNATION OF CHAIR AND VICE- : CRIMINAL PROCEDURAL RULES
CHAIR OF THE CRIMINAL :
PROCEDURAL RULES COMMITTEE : DOCKET


## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2019, the Honorable Margherita Patti Worthington is designated as Chair, and William R. Carroll, Esquire, is designated as Vice-Chair, of the Criminal Procedural Rules Committee, commencing January 1, 2020.